SEALED

4:17mj30

# ATTACHMENT B

## Particular Things to be Seized

**I.    Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), including any messages, e-mails, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

(a) All contact and personal identifying information, including: full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. If any of the aforementioned Facebook pages are group accounts, all of the following information is requested: group identification number, a list of users currently registered to the group, and Group Contact Info, including all contact information for the creator and/or administrator/s of the group and a PDF of the current status of the group profile page.

(b) All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

(c) All photos and videos uploaded by that user ID or Facebook accounts associated with the email addresses of the administrators, and all photos and videos uploaded by any user that have that user tagged in them together with any and all photos

3

identified by Facebook using Facebook's facial-recognition software to match the images uploaded by the user IDs;

(d) All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e) All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

(f) All "check ins" and other location information;

(g) All IP logs, including all records of the IP addresses that logged into the account;

(h) All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(i) All information about the Facebook pages that the account is or was a "fan" of;

(j) All past and present lists of friends created by the account;

(k) All records of Facebook searches performed by the account;

(l) All information about the user's access and use of Facebook Marketplace;

(m) The types of service utilized by the user;

(n) The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(o) All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account; and

(p) All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18, United States Code, §§ 1962 (Racketeering Influenced Corrupt Organizations Act), 18 United States Code, § 1959 (Violent Crimes in Aid of Racketeering), Title 18, United States Code, § 922(g) (Felon in Possession), Title 18, United States Code, § 924(c) (Use of Firearm in Furtherance of a Crime of Violence) involving the account identified in Attachment A, including information pertaining to the following matters:

   a. Evidence relating to the structure, membership, scope, and operations of the Bloods criminal enterprise or the structure, membership, scope, and operations of a rival or competing gang;

   b. Evidence relating to the membership, association or affiliation with a RICO or VICAR enterprise including any and all criminal activity associated with such enterprise;

5

c. Communications regarding threats, intimidation, tampering and violence with/against current and former members and associates of the Bloods or current and former members and associates of rival or competing gangs;

d. Communications regarding threats, intimidation, tampering and violence with/against witnesses, and law enforcement, including any attempts to impede or obstruct justice;

e. Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crimes under investigation and to the Facebook account owner;

f. Evidence indicating the Facebook account owner's state of mind as it relates to the crimes under investigation;

g. The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s);

h. The identity of the person(s) who communicated with the user ID about matters relating to violations of Title 18, United States Code, § 1962 (Racketeering Influenced Corrupt Organizations Act); Title 18, United States Code, § 1959 (Violent Crimes in Aid of Racketeering); Title 18, United States Code, § 922(g) (Felon in Possession of Firearm); and Title 18, United States Code, § 924(c) (Use of Firearm in Furtherance of a Crime of Violence), including records that help reveal their whereabouts.